UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>KRIS BORTNOVSKY and )<br>RYAN SHAPIRO, )<br>)<br>Defendants  ) | Criminal No. 22-10006-WGY |

**ORDER**

The motion of the United States to dismiss the indictment in this matter without prejudice, pursuant to Fed. R. Crim. P. 48(a), is **ALLOWED**.

   /s/ William G. Young
HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

December 7, 2022